Case 3:10-cv-03601-EDL Document 6 Filed 10/26/10 Page 1 of 3
E-filing
RECEIVED
OCT 2 5 2010
FINANCE DEPARTMENT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory A. Greer, ) | Civil Action No. C 10-03601 EDL |
| Plaintiff, ) | |
| ) | MAJISTRATE JUDGE |
| vs. ) | ELIZABETH D. LAPORTE |
| Frank Klepacki, an individual; Electronic ) Arts, Inc.; Virgin Interactive Entertainment, Inc.; ) and other as yet unnamed Licensees, Publishers, ) Manufacturers, and Distributors of the ) "Command & Conquer" computer game, ) | |
| Defendants. ) | |

## STIPULATED MOTION TO EXTEND THE TIME BY WHICH DEFENDANT ELECTRONIC ARTS INC. MUST FILE A RESPONSIVE PLEADING BY 30 DAYS, TO NOVEMBER 24, 2010

STEVEN C. POSNER,
Colorado Bar No. 25437
*Pro Hac Vice*
scp@posnerlaw.com
Attorney for Plaintiff

VINEETA GAJWANI
Bar. No. 264383
vgajwani@ea.com
Attorney for Defendant
Electronic Arts Inc.

Plaintiff and Defendant Electronic Arts Inc. ("EA") respectfully move this Court to grant EA an additional 30 days to file a responsive pleading. As grounds, Plaintiff and EA state:

Plaintiff mailed an F.R.C.P 4(d) Request for Waiver of Service of Summons with a copy of the Complaint to the registered agent for service of process for EA on August 26, 2010 (Ex. 1). The Request called for a response within 30 days, and EA timely executed and returned the Waiver of Service (Ex. 2). In a subsequent telephone call between undersigned counsel, EA represented that it had only recently received the Request and the Complaint from its registered agent, and would not be able to fully investigate Plaintiff's claims before its deadline for filing a responsive pleading, October 25, 2010.

EA and Plaintiff therefore have agreed that, should this Court approve, EA shall have an additional 30 days to file a responsive pleading, until November 24, 2010.

EA and Plaintiff move this Court to grant EA that additional time.

Respectfully submitted,

DATED: October 4, 2010

STEVEN C. POSNER, *Pro hac vice*
THE POSNER LAW FIRM
P.O. Box 495
Evergreen, CO 80439
303-679-9841
scp@posnerlaw.com
Attorney for Plaintiff

VINEETA GAJWANI
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City, CA 95065
650-628-2822
vgajwani@ea.com
Attorney for Defendant
Electronic Arts Inc.

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. GREER, | No. C 10-03601 EDL |
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME BY WHICH DEFENDANT |
| v. | ELECTRONIC ARTS INC. MUST FILE A RESPONSIVE PLEADING BY 30 |
| FRANK KLEPACKI, ET AL., | DAYS, TO NOVEMBER 24, 2010 |
| Defendants. | |

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant Electronic Arts, Inc. shall file a responsive pleading no later than November 24, 2010.

DATED:   October 26, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge