UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. GREER, | No. C 10-03601 EDL |
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME BY WHICH DEFENDANT FRANK KLEPACKI MUST FILE A RESPONSIVE PLEADING BY 30 DAYS, TO NOVEMBER 24, 2010 |
| v. | |
| FRANK KLEPACKI, ET AL., | |
| Defendants. | |

    IT IS HEREBY ORDERED that the Motion is GRANTED.  Defendant Frank Klepacki shall file a responsive pleading no later than November 24, 2010.

DATED:    October 26, 2010

 

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge