UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. GREER, | No. C 10-03601 EDL |
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND ~~BY 30 DAYS~~ ALL DEADLINES SET FORTH IN THE COURT'S AUGUST 16, 2010 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES **AS MODIFIED** |
| v. | |
| FRANK KLEPACKI, ET AL., | |
| Defendants. | |

IT IS HEREBY ORDERED that the Motion is GRANTED. ~~All deadlines set forth in the Court's August 16, 2010 Order Setting Initial Case Management conference and ADR Deadlines are extended by 30 days.~~ The Case Management Conference is continued to December 21, 2010 and the Joint Case Management Conference Statement is due by December 14, 2010. All other deadlines set forth in the Court's August 16, 2010 Order are continued accordingly, as set forth in that Order.

DATED: November 3, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge