UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory A. Greer,<br><br>    Plaintiff,<br><br>    v.<br><br>Frank Klepacki, an individual; Electronic Arts, Inc.; Virgin Interactive Entertainment, Inc.; and other as yet unnamed Licensees, Publishers, Manufacturers, and Distributors of the "Command & Conquer" computer game,<br><br>    Defendants. | CASE NO. C 10-03601 EDL<br><br>Honorable Elizabeth D. LaPorte<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO EXTEND SCHEDULING DEADLINES **AS MODIFIED** |

Mitchell Silberberg & Knupp LLP

3231375.1

CASE NO. C 10-03601 EDL

[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO EXTEND SCHEDULING DEADLINES

1  The Court has read and considered the Joint Stipulation to Extend Time for Defendant to
2  Respond to Complaint and to Extend Scheduling Deadlines.

4  Good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

6  1.  The deadline for Defendant to respond to Plaintiff's First Amended Complaint is
7  December 20, 2010.
8  2.  The Case Management Conference is continued to January ~~21~~ 25, 2011.
9  3.  The date the Joint Case Management Conference statement is due is continued
10 from December 14, 2010 to January 14, 2011.
11 4.  All other deadlines set forth in this Court's initial Scheduling Order of August 16,
12 2010 are continued accordingly.

5. All parties shall file a consent or declination to magistrate court jurisdiction by no later **than December 20, 2010.**

DATED: __November 24, 2010__

_____
The Honorable Elizabeth D. LaPorte
United States Magistrate Judge

Mitchell Silberberg & Knupp LLP
3231375.1

1
[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO EXTEND SCHEDULING DEADLINES