1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                      SAN FRANCISCO DIVISION

8  Gregory A. Greer,                    | CASE NO. C 10-03601 RS

9              Plaintiff,               | Honorable Judge Richard Seeborg

10         v.                           | **[PROPOSED] ORDER RE:  JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**

11  Electronic Arts, Inc.

12            Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

3345108.1

CASE NO. C 10-03601 RS

[PROPOSED] ORDER RE:  JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO
RESPOND TO FIRST AMENDED COMPLAINT

1    The Court has read and considered the Joint Stipulation to Extend Time for Defendant to

2  Respond to First Amended Complaint.

3

4    Good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

5

6    The deadline for Defendant to respond to Plaintiff's First Amended Complaint is

7  December 27, 2010.

8

9  DATED: 12/17/10

10

11

The Honorable Richard Seeborg
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

3345108.1

1

[PROPOSED] ORDER RE:  JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO
RESPOND TO FIRST AMENDED COMPLAINT