**\*\*E-filed 2/4/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A. GREER | No. C 10-3601 RS |
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR LEAVE TO SUPPLEMENT RECORD** |
| ELECTRONIC ARTS, INC., | |
| Defendant. | |

Plaintiff's motion for leave to supplement the record (Docket No. 30) is denied as moot. As reflected in the order granting defendant's motion to dismiss, evidence relating to conduct or statements of defendant that is not alleged in the complaint is not relevant to deciding whether the existing pleading states a claim. Plaintiff may, of course, incorporate such material in any amended complaint. Whether it will be sufficient to state a claim remains to be decided.

IT IS SO ORDERED.

Dated: 2/4/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE