*E-Filed 2/10/11*

MARC E. MAYER (SBN 190969), mem@msk.com
JILL P. RUBIN (SBN 240019), jpr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Electronic Arts Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. GREER,<br><br>            Plaintiff,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>            Defendant. | CASE NO.  3:10-cv-3601 RS<br><br>The Honorable Richard Seeborg<br><br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has read and considered the parties' JOINT REQUEST FOR TWO WEEKS CONTINUANCE OF CASE MANAGEMENT CONFERENCE.

Good cause appearing, IT IS SO ORDERED that the Initial Case Management Conference is continued from to February 24, 2011, at 10:00 a.m. to March 10, 2011, at 10:00 a.m.

DATED: 2/9/11

_____
The Honorable Richard Seeborg
United States District Court Judge

Mitchell Silberberg & Knupp LLP
3529796.1

3:10-cv-3601 RS