AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Gregory Greer,

                      Plaintiff (s),

V.

Electronic Arts Inc.

                      Defendant (s),

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 10-cv-03601-RS

Notice is hereby given that, subject to approval by the court, Electronic Arts Inc. _____ substitutes
                                                                     (Party (s) Name)

Robert N. Klieger _____, State Bar No. 192962 _____ as counsel of record in
              (Name of New Attorney)

place of  Marc Mayer and Emily Evitt of Mitchell Silberberg & Knupp LLP.
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Kendall Brill & Klieger

    Address:         10100 Santa Monica Boulevard, Suite 1725 Los Angeles, CA 90067

    Telephone:     (310) 556-2700       Facsimile (310) 556-2705

    E-Mail (Optional):  rklieger@kbkfirm.com

I consent to the above substitution.

Date:    7/27/11

                                 Vineeta Gajwani
                                            (Signature of Party (s))
                    Electronic Arts Inc.

I consent to being substituted.

Date:    7/27/11

                                          (Signature of Former Attorney (s))
                    Marc E. Mayer

I consent to the above substitution.
Date:    July 27, 2011

                                          (Signature of New Attorney)
                    Robert Klieger

The substitution of attorney is hereby approved and so ORDERED.

Date:    7/29/11

                                          Judge
                  Hon. Richard Seeborg

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com