**\*\*E-filed 9/30/11 \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GREGORY A. GREER

    Plaintiff,

v.

ELECTRONIC ARTS, INC.,

    Defendant.
_____/

No. C 10-3601 RS

**ORDER FOR SECOND CONTINUANCE OF BRIEFING SCHEDULE AND HEARING DATE FOR SUMMARY JUDGMENT MOTION**

The briefing schedule and hearing date for defendant's motion for summary judgment was previously continued in response to plaintiff's request under Rule 56(d) of the Federal Rules of Civil Procedure that he be permitted to conduct certain additional discovery. On September 14, 2011, plaintiff filed a request for a second continuance. Plaintiff asserted that he had been unable to obtain the discovery he needs to oppose the motion, as would be shown in a contemporaneously filed motion to compel. No motion to compel was filed with the continuance request, however.

The following day, plaintiff filed a "Motion for Leave to File Under Seal," apparently seeking blanket, advance permission to file the entirety of his motion to compel, his eventual opposition to the summary judgment motion, and "other documents" under seal, on grounds that they may discuss or incorporate information designated by defendant as confidential. Sealing requests "must be narrowly tailored to seek sealing only of sealable material." Civil Local Rule 79-

5. Rarely, if ever would it be appropriate to seal an entire motion or opposition brief, and certainly a blanket order permitting sealing of unspecified future filings would never be warranted. Because plaintiff's motion promised that chambers copies of the motion to compel were being provided, however, the Court deferred ruling on the sealing request pending receipt of those copies, in the event they might show that plaintiff's intended actual sealing request was more reasonable in scope. No chambers copies have ever been received. Defendant has filed no opposition to plaintiff's request for a continuance.

In view of these circumstances, and to permit an orderly disposition of this matter, it is hereby ordered that the hearing on defendant's summary judgment motion is continued to November 17, 2011, at 1:30 p.m. Plaintiff's opposition shall be due on October 27, 2011, and the reply on November 3, 2011.

Plaintiff is directed to act expeditiously to obtain resolution of any discovery disputes he contends remain outstanding. Any motion to compel plaintiff may file will be referred to a magistrate judge for resolution. Plaintiff's motion for a sealing order filed on September 15, 2011 is denied without prejudice.

IT IS SO ORDERED.

Dated: 9/29/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE