*E-Filed 10/18/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A. GREER,<br><br>           Plaintiff,<br><br>     v.<br><br>ELECTRONIC ARTS INC.,<br><br>           Defendant. | Case No. 10-CV-03601-RS<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULE AND HEARING DATE FOR SUMMARY JUDGMENT MOTION** |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  The Court has read and considered the Joint Stipulation for Continuance of Summary Judgment Briefing Schedule and Hearing Date for Summary Judgment Motion.

Pursuant to the Joint Stipulation of the parties, and good cause appearing:

1. The deadline for Plaintiff to file his opposition to Defendant's summary judgment motion is extended to November 3, 2011;

2. The deadline for Defendant to file its reply in support of its summary judgment motion is extended to November 10, 2011; and

3. The hearing on Defendant's summary judgment motion is continued to ____December 1,_____, 2011 at _1:30 pm_.

IT IS SO ORDERED.

Dated:  _10/18/11_____        _____
                                  HON. RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE

93943.1                                    1                              10-CV-03601-RS
[PROPOSED] ORDER RE: JOINT STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULE AND HEARING DATE FOR SUMMARY JUDGMENT MOTION

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067