UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A. GREER,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>    Defendant. | Case No. 10-CV-03601-RS<br><br>Hon. Richard Seeborg<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE, FINAL PRETRIAL CONFERENCE AND TRIAL<br>[L.R. 6-3, 40-1] |

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

103886.1     10-CV-03601-RS
[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE, FINAL PRETRIAL CONFERENCE, AND TRIAL

On March 21, 2012, Plaintiff Gregory A. Greer and Defendant Electronic Arts Inc. filed a Joint Motion to Continue Further Case Management Conference, Final Pretrial Conference, and Trial. Pursuant to Civil Local Rules 6-3 and 40-1, and good cause having been shown, this Court ORDERS as follows:

1. The further Case Management Conference presently calendared for March 29, 2012 is hereby continued to __June 29__, 2012.

2. The Final Pretrial Conference presently calendared for May 17, 2012 is hereby continued to __September 13__, 2012.

3. Trial in this action, presently scheduled to commence on May 29, 2012, is hereby continued to __September 24__, 2012.

IT IS SO ORDERED.

Dated: __3/22/12__

Hon. Richard Seeborg
United States District Judge

103886.1     1     10-CV-03601-RS
[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE, FINAL PRETRIAL CONFERENCE, AND TRIAL

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067