UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A. GREER, | Case No. 10-CV-03601-RS |
| Plaintiff, | Hon. Richard Seeborg |
| v. | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE, FINAL PRETRIAL CONFERENCE AND TRIAL |
| ELECTRONIC ARTS INC., | |
| Defendant. | [L.R. 6-3, 40-1] |

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

103886.1                                                                 10-CV-03601-RS
[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE, FINAL PRETRIAL CONFERENCE, AND TRIAL

On March 21, 2012, Plaintiff Gregory A. Greer and Defendant Electronic Arts Inc. filed a Joint Motion to Continue Further Case Management Conference, Final Pretrial Conference, and Trial. Pursuant to Civil Local Rules 6-3 and 40-1, and good cause having been shown, this Court ORDERS as follows:

1. The further Case Management Conference presently calendared for March 29, 2012 is hereby continued to  June 29 , 2012.
2. The Final Pretrial Conference presently calendared for May 17, 2012 is hereby continued to  September 13 , 2012.
3. Trial in this action, presently scheduled to commence on May 29, 2012, is hereby continued to  September 24 , 2012.

IT IS SO ORDERED.

Dated:   3/22/12

Hon. Richard Seeborg
United States District Judge