UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A. GREER, | Case No. 10-CV-03601-RS |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUTOFF** |
| v. | |
| ELECTRONIC ARTS INC., | Hon. Richard Seeborg |
| Defendant. | |

In accordance with the Joint Stipulation and Request to Extend Expert Discovery Cutoff filed by Plaintiff Gregory A. Greer ("Plaintiff") and Defendant Electronic Arts Inc. ("EA"), and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. EA shall make its expert disclosures within seven (7) days after Plaintiff's production of Ms. Boschan's amended expert report; and

2. All expert discovery shall be completed within thirty-five (35) days after Plaintiff's production of Ms. Boschan's amended report.

Dated:  5/7/12

Hon. Richard Seeborg
United States District Judge