UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A. GREER,<br><br>      Plaintiff,<br><br>   v.<br><br>ELECTRONIC ARTS INC.,<br><br>      Defendant. | Case No. 10-CV-03601-RS<br><br>**[~~PROPOSED~~] ORDER EXTENDING EXPERT DISCOVERY CUTOFF**<br><br>Hon. Richard Seeborg |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  In accordance with the Joint Stipulation and Request to Extend Expert Discovery Cutoff
2  filed by Plaintiff Gregory A. Greer ("Plaintiff") and Defendant Electronic Arts Inc. ("EA"), and
3  for good cause appearing,

4  IT IS HEREBY ORDERED THAT:

5  1. EA shall make its expert disclosures within seven (7) days after Plaintiff's
6  production of Ms. Boschan's amended expert report; and

7  2. All expert discovery shall be completed within thirty-five (35) days after Plaintiff's
8  production of Ms. Boschan's amended report.

Dated: 5/7/12

_____
Hon. Richard Seeborg
United States District Judge

106166.1                                1                               10-CV-03601-RS
[PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUTOFF

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067