IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY GREER, | No. C 10-03601 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| ELECTRONIC ARTS, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 12, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **November 15, 2012 at 10:00 a.m**. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

2. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than December 6, 2012.

3. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before January 17, 2013, counsel shall file a Joint Pretrial Statement.

4. PRETRIAL CONFERENCE. The final pretrial conference will be held on **January 31, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

     5.    TRIAL DATE.  Trial shall commence on **February 11, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

     IT IS SO ORDERED.

DATED:   7/16/12

RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2