United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. GREER,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC.,<br><br>Defendant. | Case No.: C10-3601 RS (JSC)<br><br>**ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND TO RE-OPEN DISCOVERY (Dkt. No. 140)** |

On November 6, 2012, Plaintiff filed a motion to compel which sought to compel further discovery, move the trial date, and reopen discovery. (Dkt. No. 140.) On November 9, 2012, District Judge Seeborg denied the motion to continue the trial date and referred the motion to the undersigned Judge who has been assigned to hear all discovery disputes in this matter. Pursuant to this Court's Standing Order, all discovery disputes are to be presented in the form of a joint letter brief. Accordingly, Plaintiff shall resubmit the motion in accordance with the Court's Standing Order. Plaintiff may submit two joint letter briefs: one regarding the discovery disputes remaining following this Court's February 1, 2012 Order (Dkt. No. 97), and one regarding the Rule 30(b)(6) deposition dispute.

On or before November 16, 2012, Plaintiff shall serve Defendant with his portion of the joint letter brief(s). Defendant shall serve Plaintiff with its response(s) by November 26, 2012. Plaintiff shall integrate Defendant's portion(s) with his own, adding a reply if necessary, and file the joint letter brief(s) with the Court on or before November 29, 2012. The parties are encouraged to telephonically meet and confer throughout this process.

The Court will hear argument regarding the letter brief(s) on December 13, 2012 at 9:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 14, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE