STEVEN C. POSNER (Colorado Bar No. 25437)
Attorney at Law, *pro hac vice*
P.O. Box 495
Evergreen, Colorado 80437
Tel. (303) 809-4245
Fax: (303)679-9841
E-mail: scp@posnerlaw.com

WAYNE A. SILVER (California Bar No. 108135)
Attorney at Law (Co-counsel)
333 W. El Camino Real, Ste. 310
Sunnyvale, California 94087
Tel. (408) 720-7007
Fax: (408) 720-7001
E-mail: w_silver@sbcglobal.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY A. GREER,<br><br>    Plaintiff,<br><br>  v.<br><br>ELECTRONIC ARTS, INC.<br><br>    Defendant. | Case No.: 3:10cv3601-RS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**COME NOW**, plaintiff GREGORY A. GREER and defendant ELECTRONIC ARTS INC., by and through their respective undersigned attorneys of record, hereby stipulate and agree that the above-captioned Civil Action No. 3:10cv3601-RS should be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 11, 2013                    /s/ Wayne A. Silver
                                                               Wayne A. Silver, attorney for plaintiff
                                                               GREGORY A. GREER

Page 1

Stipulation and Order for Dismissal of Entire Action with Prejudice

Dated: January 11, 2013                    KENDALL BRILL & KLIEGER LLP

By: /s/ Robert N. Klieger
    Robert N. Klieger, attorneys for
    defendant ELECTRONIC ARTS INC.

### **ORDER**

Good cause appearing, this entire action is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Dated: 1/14/13

_____
Hon. RICHARD SEEBORG,
U.S. DISTRICT COURT JUDGE

Stipulation and Order for Dismissal of Entire Action with Prejudice