STEVEN C. POSNER (Colorado Bar No. 25437)
Attorney at Law, *pro hac vice*
P.O. Box 495
Evergreen, Colorado 80437
Tel. (303) 809-4245
Fax: (303)679-9841
E-mail: scp@posnerlaw.com

WAYNE A. SILVER (California Bar No. 108135)
Attorney at Law (Co-counsel)
333 W. El Camino Real, Ste. 310
Sunnyvale, California 94087
Tel. (408) 720-7007
Fax: (408) 720-7001
E-mail: w_silver@sbcglobal.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY A. GREER,<br><br>   Plaintiff,<br><br>   v.<br><br>ELECTRONIC ARTS, INC.<br><br>   Defendant. | Case No.: 3:10cv3601-RS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**COME NOW**, plaintiff GREGORY A. GREER and defendant ELECTRONIC ARTS INC., by and through their respective undersigned attorneys of record, hereby stipulate and agree that the above-captioned Civil Action No. 3:10cv3601-RS should be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 11, 2013         /s/ Wayne A. Silver
                                 Wayne A. Silver, attorney for plaintiff
                                 GREGORY A. GREER

1 | Dated: January 11, 2013                                KENDALL BRILL & KLIEGER LLP

2

3 | By: /s/ Robert N. Klieger
   | Robert N. Klieger, attorneys for
4 | defendant ELECTRONIC ARTS INC.

5

6 | **ORDER**

7 | Good cause appearing, this entire action is hereby DISMISSED WITH PREJUDICE,

8 | each party to bear its own costs and attorneys' fees.

9 | Dated:  1/14/13                                         _____

10 | Hon. RICHARD SEEBORG,
   | U.S. DISTRICT COURT JUDGE

Page 2

Stipulation and Order for Dismissal of Entire Action with Prejudice